CARBONDALE NEW YORK Co., INC., Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment reversed on the law and facts, with costs, and judgment in favor of plaintiff is ordered for $1,115, with costs. The court finds that the amount required and intended to be deposited with the accepted bid is $1,260 and this amount the defendant is entitled to retain. The plaintiff is entitled to recover the difference between the amount of the certified check ($2,375) and the amount of the deposit with this bid ($1,260) which was accepted, namely, $1,115. The court modifies the 13th finding of fact by striking out the words " the above mentioned certified check of the claimant " and substituting there-

for " the amount of the deposit, $1,260." Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.